**In the United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| In re: | ) | Case 14-34499 |
| Romana & Ryszard Roslowski, | ) | Chapter 13 |
| Debtor(s). | ) | Judge Donald R. Cassling |

### Notice of Motion

The following parties have been served electronically:
- U.S. Trustee
- Chapter 13 Trustee

The following parties have been served via USPS first class mail, proper postage prepaid:
- Romana & Ryszard Roslowski, 730 Cypress Lane, Carol Stream, IL 60188

Please take notice that I shall appear before the named Bankruptcy Judge, or any other Judge presiding, at Kane Courthosue, 100 S 3rd St, Geneva, IL 60134, or other place posted, and present the attached **Application for Compensation,** at which time and place you may appear:

| Judge: | Donald R. Cassling | Courtroom: | 240 |
|---|---|---|---|
| Date: | 11/14/2014 | Time: | 10:00am |

/s/   Nicholas C. Kefalos
Nicholas C. Kefalos, ARDC #6270051
Attorney for the Debtor(s)

### Certificate of Service

The undersigned certifies that copies of this Notice and attachments were served to the persons or entities indicated above and on the attached service list, in the manner indicated, if service by mail, by depositing same in the U.S. Mail at 3327 S. Archer Ave., Chicago, IL 60608, before 5:00pm on 10/3/2014, with proper postage prepaid.

/s/   Nicholas C. Kefalos
Nicholas C. Kefalos, ARDC #6270051
Attorney for the Debtor(s)

Vernor Moran, LLC
27 N. Wacker Drive, Suite 2000
Chicago, IL 60606-2800
312-264-4460

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION ▼

| | | |
|---|---|---|
| In re: Romana & Ryszard Roslowski | ) | Case No. 14-34499 |
| | ) | Hearing Date: 11/14/2014 |
| Debtor(s) | ) | Judge Donald R. Cassling |

**ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)**
(Use for cases filed on or after 4/21/2011 through 8/20/2012)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**
The attorney and the debtor(s) [✔] have [ ] have not entered into the Court-Approved Retention Agreement.

**Attorney Certification:**
The attorney hereby certifies that:
1. All disclosures required by General Order 11-2 have been made, and
2. If a Flat Fee is requested, the attorney and the debtor have not entered into any agreements other than the Court-Approved Retention Agreement.

**Compensation for services previously awarded in this case:**
[✔] None    [ ] a total of $_____, pursuant to orders entered on the following dates: _____.

**Compensation for services now sought in this case:**
$ 4000 flat fee for services through case closing    $ 0 for itemized services (itemization attached).

**Reimbursement now sought for expenses advanced by the attorney:**
$ 0 for filing fee paid by the attorney with the attorney's funds
$ 0 for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization attached)

$ 0 Total reimbursement for expenses requested.

**Additional expenses incurred in the case for which the attorney is not seeking reimbursement (either paid by the debtor(s) directly or paid by the attorney with funds provided by the debtor(s)):**
$ 310 for filing fee
$ 0 for other expenses, itemized as follows:
    $_____ Describe expenses: _____
    $_____ Describe expenses: _____
    (add more lines if needed)

$ 0 Total non-reimbursable expenses pre-paid by the debtor (this amount not to appear on fee order).

**Funds received from debtor for services and expenses advanced by the attorney:**
[ ] None
$ 1500 for services
$ 0 for expenses advanced by the attorney

**Itemization of time:** [✔] Not submitted   [ ] Attached to this application.

Date of Application: 10/3/2014    Attorney's signature: /s/ Nicholas C. Kefalos
                                  Nicholas C. Kefalos, ARDC 6270051
                                  Vernor Moran, LLC
                                  27 N. Wacker Drive, Suite 2000
                                  Chicago, IL 60606-2800
Form No. 23, revised 8/24/12      312-264-4460

B9I (Official Form 9I) (Chapter 13 Case) (12/12)     Case Number 14−34499

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on 9/23/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

Creditors — Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Romana Roslowski<br>730 Cypress Lane<br>Carol Stream, IL 60188 | Ryszard Roslowski<br>730 Cypress Lane<br>Carol Stream, IL 60188 |
| Case Number: 14−34499<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−7217<br>xxx−xx−5798 |
| Attorney for Debtor(s) (name and address):<br>Nicholas C Kefalos<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606−2800<br>Telephone number: 312 264−4460 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532<br>Telephone number: 630−981−3888 |

### Meeting of Creditors:
Date: **October 22, 2014**        Time: **11:00 AM**
Location: **801 Warrenville Rd, Ste 655, Lisle, IL 60532−3614**
All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **1/20/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **3/23/15**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: **November 14, 2014**, Time: **10:00 AM**, Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**
The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/22/14**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: September 24, 2014 |